*E-filed on __6/18/07__*

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAY RAKHRA and AARON JAY RAKHRA, | No. C-93-20940 RMW |
| Plaintiffs, | |
| v. | ORDER DENYING PLAINTIFF'S REQUEST FOR REFUND OF FILING FEES AND PROCESS SERVER FEES |
| CAPITAL GAMES, INC. and ANTHONY EMMINO, | **[Re Docket No. 15]** |
| Defendant. | |

| | |
|---|---|
| KAY RAKHRA and AARON JAY RAKHRA, | No. C-95-20592 RMW |
| Plaintiffs, | |
| v. | ORDER DENYING PLAINTIFF'S REQUEST FOR REFUND OF FILING FEES AND PROCESS SERVER FEES |
| ANTHONY EMMINO, | **[Re Docket No. 15]** |
| Defendant. | |

Plaintiff Aaron Rakhra requests a refund of all filing and process server in the above-captioned cases.  He states that he is entitled to such a refund because the court set aside the default

1   judgment against Anthony Emmino in the 93-20940 action, which, according to Rakhra, made the

2   subsequent 95-20592 action unnecessary.  The court denies Rakhra's request.  It was Rakhra's choice

3   to file suit and the court is not authorized to provide refunds for unsuccessful outcomes.

4

5

6   DATED:          6/18/07                              *Ronald M Whyte*

7                                                       RONALD M. WHYTE
                                                        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1  **A copy of this order was mailed on _____6/18/07_____ to:**

2  **Plaintiffs:**

3  Aaron and Kay Rakhra
4  16022 Rose Avenue
   Monte Sereno, CA 95030

5

6  Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

ORDER DENYING PLAINTIFF'S REQUEST FOR REFUND OF FILING FEES AND PROCESS SERVER FEES—No. C-93-20940
RMW
MAG

3